**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GWENDOLYN L. BOHANNON**                                     **PLAINTIFF**

**V.**                         **5:07CV00123 JMM**

**JOHNSON FOOD EQUIPMENT, INC.,
BAADER-JOHNSON, BAADER NORTH
AMERICA CORP., BAADER FOOD
PROCESSING MACHINERY a/k/a
NORDISCHER MASCHINENBAU
RUD.BAADER GMBH & CO. GH**                            **DEFENDANTS**

## ORDER

Pending is the Plaintiff's Motion for Reconsideration of the Court's September 25, 2007 Order granting without prejudice Defendant Nordischer Maschinenbau Rud.Baader GMBH & Co. GH's Motion to Dismiss for lack of personal jurisdiction. For the reasons set forth in that Order, the Plaintiff's Motion for Reconsideration (Docket #27) is DENIED.

IT IS SO ORDERED this 22nd day of October 2007.

James M. Moody
United States District Judge