IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GWENDOLYN L. BOHANNON                                                    PLAINTIFF

V.                    CASE NO. 5:07-CV-00123 JMM

JOHNSON FOOD EQUIPMENT, INC. d/b/a BAADER-JOHNSON,
BAADER NORTH AMERICA CORP. d/b/a BAADER FOOD
PROCESSING MACHINERY

## MOTION FOR ADMISSION PRO HAC VICE
## FOR KELLY A. CAMPBELL

Defendants, for their motion for the admission of Kelly A. Campbell to appear on their behalf in this case now pending before the United States District Court for the Eastern District of Arkansas, Pine Bluff Division, state:

1. Ms. Campbell is a partner in the firm of Spencer Fane Britt & Browne LLP, 1000 Walnut Street, Suite 1400 Kansas City, Missouri 64106-2140, 816-474-8100.

2. Ms. Campbell's appearance in this matter will be in association with the undersigned, who is a member in good standing of the bar of the State of Arkansas and of this Court.

3. Ms. Campbell is admitted, *inter alia*, to the bar of the United States District Court for the Western District of Missouri and is a member in good standing of that bar.

4. Ms. Campbell agrees to abide by the requirements of the Local Rules of Arkansas, United States District Court for the Eastern and Western Districts, and agrees to conduct herself in accordance with rules and regulations governing the conduct of attorneys admitted to practice before this Court.

727948-v1

5.  During the twelve months immediately preceding this motion, the proposed admittee has never been admitted *pro hac vice* by this Court.

6.  Ms. Campbell has never been disbarred, suspended or denied admission to practice law in any jurisdiction.

7.  Ms. Campbell understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

8.  J. Andrew Vines is an attorney licensed to practice in the State of Arkansas and this Court. He is a member of the firm of Wright, Lindsey & Jennings LLP, 200 West Capitol, Suite 2300, Little Rock, Arkansas 72201, Telephone Number: (501) 371-0808. His e-mail address is avines@wlj.com.

WHEREFORE, defendants respectfully request that this Court admit Kelly A. Campbell to practice *pro hac vice* in this matter.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: avines@wlj.com
>
> By /s/ J. Andrew Vines
> Gordon S. Rather, Jr. (68054)
> J. Andrew Vines (98140)
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On November 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Nelson G. Wolff
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
email: nwolff@uselaws.com

and

Edward T. Oglesby
OGLESBY LAW FIRM, P.A.
Suite 100, Morgan Keegan Building
100 Morgan Keegan Drive
Little Rock, Arkansas 72202
email: edward@oglesbylaw.com

*Attorneys for Plaintiff*

_____
J. Andrew Vines