IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GWENDOLYN BOHANNON                                                                    PLAINTIFF

VS.                               CASE NO. 5:07CV00123 JMM

JOHNSON FOOD EQUIPMENT, INC., ET AL.                                      DEFENDANTS

ORDER

Tyson Poultry, Inc.'s and TyNet Corp's Motion to Intervene is granted (#33). The Clerk of the Court is directed to make the appropriate entries on the docket.

IT IS SO ORDERED THIS  11  day of   February  , 2008.

_____
James M. Moody
United States District Judge