IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GWENDOLYN L. BOHANNON**                                                                         **PLAINTIFFS**

**VS.**              **CASE NO. 5:07CV00123 JMM**

**JOHNSON FOOD EQUIPMENT, INC.,**
**D/B/A BAADER-JOHNSON, ET AL.**                                                          **DEFENDANT**

**TYSON POULTRY, INC., AND TYNET CORP.**                                         **INTERVENORS**

### ORDER

Plaintiff's Application to Admit Thomas J. Prebil to Appear *Pro Hac Vice* is granted (#141). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Thomas J. Prebil is hereby permitted to appear as counsel for plaintiff.

IT IS SO ORDERED this __20__ day of January, 2009.

_____
James M. Moody
United States District Judge