# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**GWENDOLYN L. BOHANNON**                                                   **PLAINTIFFS**

**VS.**                    **CASE NO. 5:07CV00123 JMM**

**JOHNSON FOOD EQUIPMENT, INC.,**
**D/B/A BAADER-JOHNSON, ET AL.**                                            **DEFENDANT**

**TYSON POULTRY, INC., AND TYNET CORP.**                                    **INTERVENORS**

## ORDER

Plaintiff's Motion in Limine No. 4 is granted (#135). Defendants are prohibited from presenting any evidence to the jury regarding plaintiff's receipt of workers' compensation benefits, including but not limited to the receipt of such benefits and the amount of such benefits.

IT IS SO ORDERED THIS   23   day of   January , 2009.

_____
James M. Moody
United States District Judge