IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GWENDOLYN L. BOHANNON                                                        PLAINTIFF

V.                               CASE NO. 5:07-CV-00123 JMM

JOHNSON FOOD EQUIPMENT, INC. d/b/a BAADER-JOHNSON and
BAADER NORTH AMERICA CORP. d/b/a BAADER FOOD
PROCESSING MACHINERY                                                         DEFENDANTS

TYSON POULTRY, INC., and TYNET CORP.                                         INTERVENORS

## JUDGMENT

For the reasons stated into the record at the close of plaintiff's evidence on April 22, 2009, defendants' Motion for a Judgment as a Matter of Law to dismiss Baader North America Corporation as a defendant is granted. The Clerk of the Court is directed to terminate Baader North America Corporation d/b/a Baader Food Processing Machinery as a defendant.

IT IS SO ORDERED THIS  23  day of   April  , 2009.

_____
James M. Moody
United States District Judge