**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


**GWENDOLYN L. BOHANNON**                                                                 **PLAINTIFF**


**VS.**                              **CASE NO. 5:07CV00123 JMM**


**JOHNSON FOOD EQUIPMENT, INC.,**
**D/B/A BAADER-JOHNSON, ET AL.**                                        **DEFENDANT**

**TYSON POULTRY, INC., AND TYNET CORP.**                        **INTERVENORS**


**ORDER**

Defendant's Motion for Substitution of Counsel is granted (#211).   The Clerk of the

Court is directed to substitute Jim L. Julian of Chisenhall, Nestrud & Julian, P.A., in place of

Gordon S. Rather, Jr., Andrew Vines, and Gary Marts, Jr., of Wright Lindsey & Jennings, LLP,

as counsel for the defendant.

Defendant's Application to Admit Nelson W. Wagar, III, to Appear *Pro Hac Vice* is

granted (#213).  For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United

States District Court for the Eastern and Western Districts of Arkansas, Nelson W. Wagar, III, is

hereby permitted to appear as counsel for defendant.

IT IS SO ORDERED this ___3___ day of September, 2009.


_____
James M. Moody
United States District Judge