IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GWENDOLYN L. BOHANNON**                                                              **PLAINTIFF**

   v.                              Case No.  5:07-CV-00123 JMM

**JOHNSON FOOD EQUIPMENT, INC.**
**d/b/a BAADER-JOHNSON**                                                              **DEFENDANT**

**TYSON POULTRY, INC. &**
**TYNET CORP.**                                                                      **INTERVENORS**

## STATUS REPORT OF DEFENDANT, JOHNSON FOOD EQUIPMENT, INC.

   Comes Defendant, Johnson Food Equipment, Inc. d/b/a Baader-Johnson by and through its attorneys, and for its status report states as follows:

   1.   Although there have been attempts at settlement discussions between the parties, none of these discussions have been successful to date. The Plaintiffs have continued to make demands in this case which have frustrated the attempts at moving the parties towards settlement. The nature of the demands made by the Plaintiff has also effectively frustrated any attempt to set up a mediation.  No mediation has been conducted or been scheduled.

   2.   It is the position of Defendant, Johnson Food Equipment, Inc. that it would be willing to participate in a settlement conference with a Magistrate Judge.

   3.   It is the best estimate of this Defendant that the trial for this case would take five trial days.

Respectfully submitted,

**JOHNSON FOOD EQUIPMENT, INC.
d.b.a. BAADER-JOHNSON**

CHISENHALL, NESTRUD & JULIAN
400 West Capitol Avenue, Suite 2840
Little Rock, Arkansas 72201
(501) 372-5800

By:      **/s/ Jim L. Julian**
Jim L. Julian, ABN 79109
jjulian@cnjlaw.com
Jason W. Earley, ABN 2004166
jearley@cnjlaw.com

*and*

Nelson W. Wagar, III
Chopin Wagar, Richard & Kutcher, LLP
3850 N. Causeway Blvd, Ste 900
Metarie, Louisiana 70002
cwagar@chopin.com
Telephone: (504) 830-3841

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Jim L. Julian, do hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the following counsel via electronic mail on this 28th December, 2009.

Mr. Nelson G. Wolf
Mr. Brad Wilmouth
Schlichter Bogard & Denton
100 South 4th Street
Suite 900
St. Louis, Missouri  63102

Mr. Edward T. Oglesby
Oglesby Law Firm P.A.
100 Morgan Keegan Drive
Suite 100
Little Rock, AR  72202

                    **/s/ Jim L. Julian**
                    JIM L. JULIAN