IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


GWENDOLYN L. BOHANNON                                      PLAINTIFF

Vs.                          CASE NO.   5:07cv00123 JMM

JOHNSON FOOD EQUIPMENT, INC.,
d/b/a Baader-Johnson                                       DEFENDANT

TYSON POULTRY INC. and
TYNET CORPORATION                                         INTERVENORS


ORDER

The jury trial scheduled sometime during the week of March 1, 2010, will begin
Monday, March 1, 2010 at 9:15 a.m., Richard Sheppard Arnold United States Courthouse,
500 West Capitol, Courtroom 4A, Little Rock, Arkansas.  Counsel are to be present at 8:15
a.m. for a pretrial conference that will begin at 8:30 a.m.

In preparation of the trial, Counsel are directed to pre-number all exhibits on the
exhibit list and on the exhibit.  You do not have to use all of the exhibits listed, and you do
not have to use them in order.  They must be pre-numbered, however.  Any exhibit added
during trial must follow the last numbered exhibit on your list.  In addition to the original
exhibits, Counsel should have a bound copy (as in a 3-ring notebook).  This will be for the
judge. Counsel should be prepared to identify opposing Counsel's exhibits that there are
no objections to prior to starting the trial.

Counsel should fax (501.604.5373) or e-mail (jmmchambers@ared.uscourts.gov)
the trial witness list and exhibit list no later than the **Thursday, February 25, 2010**.  These
should be separate lists.

Pursuant to General Order 54, Ed Oglesby, Nelson Wolff, Richard Zalasky, Thomas Prebil, James Wilmoth, Jim Julian, Kelly Campbell, Nelson Wagar, Jason Earley and Kenneth Buckner are authorized to bring electronic device(s) to this proceeding and each day the trial continues.

IT IS SO ORDERED this 23rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE