IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GWENDOLYN L. BOHANNON                                               PLAINTIFF

VS.                      CASE NO. 5:07CV00123 JMM

JOHNSON FOOD EQUIPMENT, INC.,
D/B/A BAADER-JOHNSON, ET AL.                                        DEFENDANT

TYSON POULTRY, INC., AND TYNET CORP.                                INTERVENORS

## ORDER

Pending before the Court are defendant's objections to plaintiff's deposition designations for Antoine Winklemolen, Bennett Vann Willis, and Mitchell Scott Stockton (#238).

The objections to the deposition designations of Antoine Winklemolen (07/03/2008) are granted, the objections to the deposition designations of Bennett Vann Willis (07/11/2008) are denied, and the objections to the deposition designations of Mitchell Scott Stockton (7/11/2008) are granted.

IT IS SO ORDERED THIS   23   day of   February  , 2010.

_____
James M. Moody
United States District Judge