**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GWENDOLYN L. BOHANNON                                         PLAINTIFF

VS.                      CASE NO. 5:07CV00123 JMM

JOHNSON FOOD EQUIPMENT, INC.,
D/B/A BAADER-JOHNSON, ET AL.                           DEFENDANT

TYSON POULTRY, INC., AND TYNET CORP.                   INTERVENORS

**ORDER**

      Pending before the Court is defendant's Motion for Reconsideration of Order Granting Plaintiff's Second Motion *In Limine* and for Adverse Inference Instruction.

      The motion is denied (# 240) as the probative value of the evidence is outweighed by the unfair prejudice to plaintiff. *See* Fed. R. Evid. 403.

      The request of an adverse inference instruction is also denied (#240) as such an instruction is not warranted on the facts of this case.

      IT IS SO ORDERED THIS   23   day of   February  , 2010.

                                                               James M. Moody
                                                               United States District Judge